# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF | : | |
|     FRANCES SCARBOROUGH, Debtor | : | |
| | : | |
| FRANCES SCARBOROUGH, | : | CIVIL ACTION |
|     Plaintiff and Appellant, | : | |
| | : | |
| v. | : | NO. 07-4236 |
| | : | |
| WILLIAM C. MILLER, | : | |
|     Defendant and Appellee. | : | |

========================================================================

| | | |
|---|---|---|
| IN THE MATTER OF | : | |
|     FRANCES SCARBOROUGH, Debtor | : | |
| | : | |
| FRANCES SCARBOROUGH, | : | CIVIL ACTION |
|     Plaintiff and Appellant, | : | |
| | : | |
| v. | : | NO. 09-1984 |
| | : | |
| CHASE HOME FINANCE, LLP, | : | |
|     Defendant and Appellee. | : | |

## **ORDER**

**AND NOW**, this 1st day of February, 2011, it is hereby **ORDERED** that the order of Judge Eric L. Frank dated September 5, 2007 denying confirmation of Appellant's plan is **AFFIRMED**. The appeals filed to civil action numbers 07-4236 and 09-1984 are **DENIED**. Accordingly, both of these cases are **CLOSED**.

                                                  BY THE COURT:

                                                  *s/ Ronald L. Buckwalter*
                                                  RONALD L. BUCKWALTER, S. J.